**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF VERMONT**

| | | |
|---|---|---|
| Beam | ) | |
| | ) | |
| v. | ) | Docket No. 2:20-cv-46 |
| | ) | |
| Bellows Falls Vermont Village | ) | |
| Corp and Lake | ) | |

EVALUATOR'S REPORT

Please select one:

_X___ First Session Report
_____ Second Session Report
_____ Third Session Report
_____ Corrected/Revised Report
_____ Supplemental Report
_____ Other

Michael J. Marks, Esquire, the Early Neutral Evaluator, reports pursuant to Local Rule 16.1 (j) on the ENE session in this matter as follows:

| **(j)(1)(A):** | **Date of session:**<br>**Via Zoom videoconference platform** | **Start time:** | **Finish time:** |
|---|---|---|---|
| | September 14, 2021 | 10:00 a.m. | 5:00 p.m.<br>(initial session) |

| **(j)(1)(B):** | **Names of attendees:** | **Role:** | **Settlement authority:**<br>(check only where applicable) |
|---|---|---|---|
| | **Mediation was conducted by zoom videoconference** | | |
| | Alisha Beam | Plaintiff | X |
| | Norman Watts, Esq. | Counsel for Plaintiff | |
| | Kelly Kindestin | VLCT | X |
| | Susan Rowell | VLCT | X |
| | Scott Pickup | Bellows Falls<br>Town Manager | |

| Debra Wright | President of Board of Trustees | |
|---|---|---|
| Brian Monaghan, Esq. | Counsel for Town | |
| Ron Lake | Defendant | X |
| Michael Leddy, Esq. | Counsel for Lake | |

**(j)(1)(C):**   **Substitute arrangements regarding attendance:** N/A

**(j)(1)(D):**   **Date parties' Evaluation Statements received by Evaluator:**

Early neutral evaluation statements were filed in a timely manner and allowed for adequate preparation by the evaluator.

**(j)(1)(E):**   **Oral presentations:** By all Parties.

**(j)(1)(F):**   **Results of session:**
**(j)(1)(F)(i):**   **_X__Full settlement***

**___Partial settlement**

**__No Settlement**

**(j)(1)(F)(ii):**   **Stipulation to narrow the scope of dispute:**          **_____N/A**

**(j)(1)(F)(iii):**   **Agreement to limit discovery, facilitate future settlement, or otherwise reduce cost and delay related to trial preparation:**

**Scheduling another ENE session:     _____Yes _____NO**

**Other comments:** (please refer to L.R. 16.1 (j)(2)):

*Subsequent work with both Parties resulted in a settlement that was subject to ratification, and ratification has occurred.

Dated at Middlebury, Vermont on this 18th day of October, 2021

**S/Michael Marks**
_____
Michael J. Marks, Esq.
Evaluator