UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Beam | ) |
| | ) |
| v. | )   Docket No. 2:20-cv-46 |
| | ) |
| Bellows Falls Vermont Village | ) |
| Corp and Lake | ) |

CERTIFICATE OF SERVICE

I, hereby certify that on October 18, 2021 I electronically filed with the Clerk of the Court the following documents:

Evaluator's Report

using the CM/ECF system. The CM/ECF system will provide service of such filing(s) via Notice of Electronic Filing (NEF) to the following NEF parties:

- **Christian S. Chorba , Esq**
cchorba@msdvt.com

- **Michael J. Leddy , Esq**
mleddy@mcneilvt.com

- **Brian P. Monaghan , Esq**
bmonaghan@msdvt.com

- **Norman E. Watts, Jr. , Esq**
nwatts@wattslawvt.com

s/ Michael J. Marks, Esquire
Marks Powers LLP
1205 Three Mile Bridge Road
Middlebury, VT 05753
802-388-2211
Michael@markspowers.com